McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CIV-S-04-0779 PAN<br><br>STIPULATION AND [proposed]<br>ORDER SETTLING ATTORNEY'S<br>FEES PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND FIVE HUNDRED EIGHTEEN AND 00/100 DOLLARS ($1,518.00). This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

　　　　This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs

under the EAJA, and does not constitute an admission of liability on the part of defendant under the EAJA.  Payment of the ONE THOUSAND FIVE HUNDRED EIGHTEEN AND 00/100 DOLLARS ($1,518.00) in fees shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: May 23, 2005            /s/ Jesse S. Kaplan
                              JESSE S. KAPLAN
                              Attorney at Law

                              Attorney for Plaintiff

DATED: May 23, 2005           McGREGOR W. SCOTT
                              United States Attorney


                         By: /s/ Bobbie J. Montoya
                              BOBBIE J. MONTOYA
                              Assistant U. S. Attorney

                                    Attorneys for Defendant

OF COUNSEL

JANICE L. WALLI
Chief Counsel, Region IX

JEAN M. TURK
Assistant Regional Counsel

Social Security Administration

---

Re:  LYNETTE JOHNSON v. JO ANNE B. BARNHART, Civ-s-04-0779 PAN, Stipulation and Order
Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in Civ-S-04-0779 PAN, <u>LYNETTE JOHNSON v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $1,518.00, pursuant to the Equal Access to Justice Act.

**APPROVED AND SO ORDERED.**

Dated: May 25, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge